UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                    Case No. 18-75807 (AST)

BIG APPLE ENERGY, LLC,                                    Chapter 7

       Debtor.
-------------------------------------------------------------x
In re:                                                    Case No. 18-75808 (AST)

CLEAR CHOICE ENERGY, LLC,                                 Chapter 7

       Debtor.                                          Jointly Administered
-------------------------------------------------------------x
RICHARD L. STERN, Solely in His Capacity as
Chapter 7 Trustee of the Jointly Administered
Estates of Big Apple Energy, LLC and
Clear Choice Energy, LLC,

       Plaintiff,                                        Adv. Pro. No. 20-08121 (AST)

   -against-

GLENWOOD CAPITAL LLC,

       Defendant.
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NASSAU   )

    ROSA R. LELLA, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

    On August 27, 2020, deponent served the **Summons in an Adversary Proceeding, Complaint and Adversary Proceeding Cover sheet** by First-Class Mail upon the attorney/party listed below at the address listed, said address designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

1

TO: **Glenwood Capital LLC**
    Attn: Stephen B. Grossman, or an Officer, Managing or General Agent,
    or any Agent Authorized to Receive Service of Process
    757 Third Avenue, Suite 1703
    New York, New York 10017

                                        *s/Rosa R. Lella*
                                        ROSA R. LELLA

Sworn to before me this 27th day of August 2020

*s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin
Notary Public, State of New York
No. 02LO6370101
Qualified in Queens County
Commission Expires January 29, 2022